# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.Z., by and through her parents and guardians, E.Z. AND D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,<br><br>    Plaintiff,<br><br> v.<br><br>REGENCE BLUESHIELD; AND CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>    Defendants. | C17-1292 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants Regence BlueShield and Cambia Health Solutions' ("Defendants") Unopposed Motion for Extension of Time to File Responsive Pleading, docket no. 12, is GRANTED.

(2) The deadline for defendants to file a responsive pleading is EXTENDED from September 19, 2017, to October 10, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of September, 2017.

               William M. McCool
               Clerk

               s/Karen Dews
               Deputy Clerk

MINUTE ORDER - 1