UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A. Z., by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br><br>v.<br><br>REGENCE BLUESHIELD et al.,<br><br>Defendant. | C17-1292 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion Regarding Briefing Schedule on Motion to Dismiss, docket no. 18, is GRANTED as follows. Defendants' Motion to Dismiss, docket no. 15 (the "Motion"), is RENOTED to Friday, November 10, 2017. Plaintiff's response to the Motion shall be due on or before November 3, 2017. Defendants' reply is due on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1