# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

A. Z. by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,

Plaintiff,

v.

REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,

Defendants.

C17-1292-TSZ

**MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES**

Having reviewed the parties' Joint Status Report, docket no. 25, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (4 days) | February 4, 2019 |
| Deadline for filing administrative record | January 16, 2018 |
| Deadline for filing any motion to conduct limited discovery concerning class certification issues or on the merits (such motion to be noted for the third Friday after filing) | February 22, 2018 |
| Deadline for filing dispositive motions and/or any motions related to class certification | June 7, 2018 |

MINUTE ORDER Setting trial date and related dates - 1

| | | |
|---|---|---|
| Agreed pretrial order due | | January 18, 2019 |
| Trial briefs and proposed findings of fact and conclusions of law due | | January 18, 2019 |
| Pretrial conference scheduled for | | January 25, 2019 at 2:00 PM |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 28th day of November, 2017.

/s/ Karen Dews
Judicial Assistant/Deputy Clerk to
Hon. Thomas S. Zilly, United States District Judge