UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.Z. by and through her parents and guardians, E.Z. AND D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br><br>v.<br><br>REGENCE BLUESHIELD; AND CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>Defendants. | CASE NO. 2:17-cv-1292<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

THIS MATTER came before this Court upon Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading, docket no. 38. The Court having reviewed and considered the motion,

IT IS HEREBY ORDERED as follows:

Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading is GRANTED. Defendants have until April 20, 2018 to file a responsive pleading.

Dated this 29th day of March, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING- 1
#1161850 v1 / 43004-049

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2  Presented by:

3

4  */s/ Medora A. Marisseau*
   Medora A. Marisseau, WSBA# 23114
5  J. Derek Little, WSBA# 40560
   **KARR TUTTLE CAMPBELL**
6  701 Fifth Avenue, Suite 3300
   Seattle, WA 98104
7  Telephone: 206-223-1313
   Facsimile: 206-682-7100
8  Email: mmarisseau@karrtuttle.com
   Email: dlittle@karrtuttle.com
9  *Attorney for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING- 2
#1161850 v1 / 43004-049