UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A. Z. by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br><br>v.<br><br>REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>Defendant. | C17-1292 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion Regarding Briefing Schedule on Motion to Dismiss, docket no. 42, is GRANTED. Defendants' Motion to Dismiss, docket no. 40 (the "Motion"), is RENOTED to May 25, 2018. Plaintiff's response to the Motion shall be due no later than May 18, 2018. Defendants' reply shall be due on or before the new noting date.

(2) The Court RESETS the following deadlines:

BENCH TRIAL DATE (4 days)                    March 25, 2019

MINUTE ORDER - 1

| | |
|---|---|
| Deadline for filing dispositive motions and/or any motions related to class certification | December 7, 2018 |
| Deadline for filing motions in limine | February 21, 2019 |
| Agreed pretrial order due | March 8, 2019 |
| Trial briefs and proposed findings of fact and conclusions of law due | March 8, 2019 |
| Pretrial conference scheduled for | March 15, 2019 at 1:30 PM |

All other deadlines and requirements imposed in the Court's Minute Order Setting Trial Date and Related Dates, docket no. 26, shall remain unchanged.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2