# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A. Z., by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC., HEALTH BENEFITS PLAN, and on behalf of similarly situated individuals and plans,<br><br>Plaintiff,<br><br>v.<br><br>REGENCE BLUESHIELD; and CAMBRIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>Defendants. | C17-1292 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Reconsideration, docket no. 51 (the "Motion"), is RENOTED to Friday, September 14, 2018. Plaintiff is DIRECTED to file a response to the Motion, not to exceed fifteen (15) pages, on or before Monday, September 10, 2018. Defendants may file a reply, not to exceed ten (10) pages, on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of August, 2018.

                                                    William M. McCool
                                                  Clerk

                                                    s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1