UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A. Z., by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,<br><br>                Plaintiff,<br><br>   v.<br><br>REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>                Defendants. | C17-1292 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

Having reviewed the Stipulation and Proposed Order Resetting Trial and Case Schedule Deadlines, docket no. 58, submitted by the parties, the Court hereby sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (4 days) | August 26, 2019 |
| Deadline for Expert Witness Disclosure | April 1, 2019 |
| Deadline for filing dispositive motions and/or any motions related to class certification | May 9, 2019 |
| Deadline for filing motions in limine | July 25, 2019 |
| Agreed pretrial order and trial briefs due | August 9, 2019 |
| Proposed findings of fact and conclusions of law due | August 12, 2019 |
| Pretrial conference scheduled for | August 16, 2019 at 11:00 a.m. |

MINUTE ORDER - 1

1  All other deadlines and requirements imposed in the Court's Minute Order Setting Trial Date and Related Dates, docket nos. 26, amended at Minute Order, docket no. 43, shall remain unchanged.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of November, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2