THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.Z. by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,

Plaintiff,

v.

REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,

Defendants.

NO. 2:17-cv-01292-TSZ

ORDER RE: NOTICE OF SETTLEMENT

This matter came before the Court upon Plaintiff's Unopposed Motion Re: Notice of Settlement, docket no. 60. The Court having reviewed the files and records herein, including the submissions of all parties, and the Court having weighed the factors set forth in *Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), and having determined that no notice of settlement to the members of the putative class is required in this case because the parties' settlement agreement provides for the dismissal of plaintiff's claims with prejudice and the dismissal of the putative class members' claims without prejudice,

ORDER RE: NOTICE OF SETTLEMENT – 1

NOW THEREFORE, it is hereby ORDERED that Plaintiff's Unopposed Motion Re: Notice of Settlement is GRANTED and no notice of settlement or dismissal shall be required to be distributed to members of the putative class.

DATED this 15th day of January, 2019.

Thomas S. Zilly
United States District Judge

ORDER RE: NOTICE OF SETTLEMENT – 2