The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| A.Z. by and through her parents and guardians, E.Z. and D.Z., individually, and on behalf of the JUNO THERAPEUTICS, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,, <br><br> Plaintiff, <br><br> v. <br><br> REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,, <br><br> Defendants. | CASE NO. 2:17-cv-1292 <br><br> STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above matter shall be dismissed with prejudice.

DATED this 5th day of February, 2019.

STIPULATION FOR AND ORDER OF DISMISSAL- 1

CASE NO. 2:17-cv-1292 TSZ

#1224200 v1 / 43004-049

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | | |
|---|---|---|
| 1 | SIRIANNI YOUTH SPOONEMORE HAMBURGER | KARR TUTTLE CAMPBELL |
| 2 | | |
| 3 | By:/s/ *Eleanor Hamburger* | */s/ Medora A. Marisseau* |
| 4 | Eleanor Hamburger<br>Richard E. Spoonemore | Medora A. Marisseau, WSBA# 23114<br>J. Derek Little, WSBA# 40560 |
| 5 | SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER | **KARR TUTTLE CAMPBELL**<br>701 Fifth Avenue, Suite 3300 |
| 6 | 701 Fifth Avenue, Suite 2560<br>Seattle, WA 98104 | Seattle, WA 98104<br>Telephone: 206-223-1313 |
| 7 | Ehamburger@sylaw.com<br>Rspoonemore@sylaw.com | Facsimile: 206-682-7100<br>Email: MMarisseau@karrtuttle.com<br>Email: dlittle@karrtuttle.com |
| 8 | *Attorneys for Plaintiff* | *Attorneys for Defendants* |

JORDAN LEWIS, P.A.

By:/s/ *Jordan M. Lewis*
Jordan M. Lewis
JORDAN LEWIS, P.A.
4473 N.E. 11th Avenue
Fort Lauderdale, FL 3334
Jordan@jml-lawfirm.com
*Attorney for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL- 2

CASE NO. 2:17-cv-1292 TSZ

#1224200 v1 / 43004-049

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

THIS MATTER coming on to be heard before the undersigned judge of the above entitled court based upon the Stipulation of the parties for dismissal, and the Court being fully advised in the premises,

NOW, THEREFORE, it is hereby ORDERED that plaintiff's claims be, and hereby are dismissed with prejudice.

DATED this 6th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

SIRIANNI YOUTH
SPOONEMORE HAMBURGER

By:/s/  *Eleanor Hamburger*
Eleanor Hamburger
Richard E. Spoonemore
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Ehamburger@sylaw.com
Rspoonemore@sylaw.com


JORDAN LEWIS, P.A

By:/s/  *Jordan M. Lewis*
Jordan M. Lewis
JORDAN LEWIS, P.A.
4473 N.E. 11th Avenue
Fort Lauderdale, FL 3334
Jordan@jml-lawfirm.com
*Attorneys for Plaintiff*

KARR TUTTLE CAMPBELL

*/s/ Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
J. Derek Little, WSBA# 40560
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  MMarisseau@karrtuttle.com
Email: dlittle@karrtuttle.com
*Attorney for Defendants*

STIPULATION FOR AND ORDER OF DISMISSAL- 3

CASE NO. 2:17-cv-1292 TSZ

#1224200 v1 / 43004-049

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100